**Bob STARK, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5100.

United States Court of Appeals,
Federal Circuit.

April 22, 2005.

*ORDER*

Upon consideration of the unopposed motion of Bob Stark to voluntarily dismiss his appeal (COFC No. 03–CV–2772),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**MEDICAL INSTRUMENTATION AND DIAGNOSTICS CORPORATION,**
Plaintiff–Appellant,

v.

**ELEKTA AB, Elekta Instruments AB, Elekta Instruments Inc., and Elekta Oncology Systems, Inc., Defendants–Appellees.**

No. 04–1509.

United States Court of Appeals,
Federal Circuit.

May 3, 2005.

Before MAYER, CLEVENGER, and SCHALL, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.